# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2011

140704 & (87)(89)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

REGINALD LENOIR LEWIS,
       Defendant-Appellant.

SC: 140704
COA: 274508
Wayne CC: 06-006502-01

_____/

On order of the Court, the motion to file supplemental authority is GRANTED. By order of June 30, 2010, the State Appellate Defender Office and Wayne County Prosecutor were directed to file a supplemental application and answer to the application for leave to appeal. On order of the Court, the supplemental application having been received, the application for leave to appeal the March 4, 2010 judgment of the Court of Appeals is again considered. It appearing to this Court that the case of *People v Bryant*, 483 Mich 132 (2009), cert gtd __ US __; 130 S Ct 1685; 176 L Ed 2d 179 (2010), is pending before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

MARILYN KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2011 _____

p0201

Clerk